IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ADAM COX, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No: 3:04-1059 |
| | ) JUDGE HAYNES/KNOWLES |
| BOMBARDIER, INC., and | ) |
| DOW CHEMICAL CANADA, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## O R D E R

In accordance with the Memorandum filed herewith, Defendant Dow Chemical Canada Inc.'s motion to dismiss for lack of *in personam* jurisdiction (Docket Entry No. 19) is **GRANTED**. Defendant Dow Chemical Canada Inc. is **DISMISSED** as a defendant in this action, without prejudice to the merits of Plaintiff's claims.

It is so **ORDERED**.

**ENTERED** this the __18__ day of February, 2006.

WILLIAM J. HAYNES, JR.
United States District Judge